ELLYN S. GAROFALO, State Bar No. 158795
egarofalo@linerlaw.com
JEFFREY NUSSBAUM, State Bar No. 123781
jnussbaum@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701

Attorneys for LOUDO TRAILERS, INC.

DAVID H. KRAMER, State Bar No. 168452
dkramer@wsgr.com
BRIAN G. MENDONCA, State Bar. No. 209728
bmendonca@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for GOOGLE INC.

*E-FILED 10/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena of GOOGLE INC.** | Case No.:CV 08-MC-80181-RMW RS |
| LOUDO TRAILERS, INC., *et. al.* | **JOINT STIPULATION DISMISSING CASE** |
| Plaintiffs, | AND ORDER |
| v. | Before: Hon. Richard Seeborg |
| BRAY TRAILERS, INC. *et. al.* | |
| Defendants. | |
| JAMES A. BRAY, an individual, | |
| Counter-Plaintiff, | |
| v. | |
| LOUDO TRAILERS, INC. *et. al.* | |
| Counter-Defendants and Third Party Defendants. | |

~~[PROPOSED] STIPULATED ORDER~~
CV 08-MC-80181-RMW RS

1  IT IS HEREBY STIPULATED by and between Plaintiffs Loudo Trailers, Inc. and Loudo
2  Enterprises, Inc. (collectively, "Loudo") and Defendant Google Inc. ("Google"), the parties to
3  the above-entitled action, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
4  Procedure and the terms of the parties' settlement agreement, Google's Motion for Sanctions
5  Against Loudo Trailers, Inc. and Loudo Enterprises, Inc. is hereby voluntarily withdrawn
6  without prejudice, and the above-captioned action is otherwise dismissed with prejudice in its
7  entirety.

9  IT IS SO ORDERED.

11 Date: 10/28/08

12 Hon. Richard Seeborg
   United States Magistrate Judge

14 SO STIPULATED:
15 Date: 10/28/08

   LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP

18 By: _____
       Ellyn S. Garofalo

   Attorney for Plaintiffs
   LOUDO TRAILERS, INC. AND LOUDO
   ENTERPRISES, INC.

22 Date: 10/28/08

   WILSON SONSINI GOODRICH & ROSATI

24 By: _____
       Brian G. Mendonca

   Attorneys for Defendant
   GOOGLE INC.

-1-
[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR SANCTIONS
CV 08-MC-80181-RMW RS

#410800 v1 - LOUDO TRAILERS, INC.

| | |
|---|---|
| 1 | DAVID H. KRAMER, State Bar No. 168452 |
| | dkramer@wsgr.com |
| 2 | BRIAN G. MENDONCA, State Bar. No. 209728 |
| | bmendonca@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 4 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 6 | |
| | Attorneys for GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena of GOOGLE INC.** | Case No.: CV 08-MC-80181-RMW RS |
| LOUDO TRAILERS, INC., *et. al.* | **CERTIFICATE OF SERVICE** |
| Plaintiffs, v. | Date: November 12, 2008 |
| BRAY TRAILERS, INC. *et. al.* | Time: 9:30 a.m. |
| Defendants. | Court: 4, 5th Floor |
| | Before: Hon. Richard Seeborg |
| JAMES A. BRAY, an individual, | |
| Counter-Plaintiff, v. | |
| LOUDO TRAILERS, INC. *et. al.* | |
| Counter-Defendants and Third Party Defendants. | |

# CERTIFICATE OF SERVICE

I, Shirley R. Frazier, declare:

I am employed in San Francisco County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, One Market Street, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

1. **JOINT STIPULATION DISMISING CASE**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

Frank Herrera, Esq.
Rothstein Rosenfeldt Adler
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, FL  33301
Tel. No. (954) 522-3456
Fax No. (954) 527-8663

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

☐ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the following person(s):

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below:

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on October 28, 2008.

*/s/ Shirley R. Frazier*
Shirley R. Frazier